[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-13536
Non-Argument Calendar
_____

D.C. Docket No. 2:13-cr-00007-DHB-BKE-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DETRON L. RUSHING,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(December 16, 2015)

Before WILSON, ROSENBAUM, and ANDERSON, Circuit Judges.

PER CURIAM:

Thomas C. Rawlings, appointed counsel for Detron Rushing in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).   Our independent review of the entire record reveals that

counsel's assessment of the relative merit of the appeal is correct.   Because

independent examination of the entire record reveals no arguable issues of merit,

counsel's motion to withdraw is **GRANTED**, and Rushing's conviction and

sentence are **AFFIRMED**.